O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-0110 AHM (FFMx) | Date | June 17, 2008 |
|---|---|---|---|
| Title | CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, *et al.* v. ALL BUILDS CONSTRUCTION, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

The Court grants Plaintiffs an additional twenty-one (21) days within which to serve Benjamin Maucere and Flann Fleischer. If no proof of service is filed by July 9, 2008, this action will be dismissed as to those defendants for lack of prosecution.

                                                                                                      :

                                                              Initials of Preparer         SMO